```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


KENDALL GORDON                               CRIMINAL ACTION

VERSUS                                       NO: 12-2708

N. BURL CAIN, WARDEN,                        SECTION: R(1)
LOUISIANA STATE PENITENTIARY
```

## ORDER

The Court has reviewed *de novo* the petition for *habeas corpus*, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Petitioner's objections to the Magistrate Judge's Report and Recommendation. The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

IT IS ORDERED that plaintiff's petition for *habeas corpus* is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __17th__ day of June, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE