```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

KENDALL GORDON                              CRIMINAL ACTION

VERSUS                                      NO: 12-2708

N. BURL CAIN, WARDEN,                       SECTION: R(1)
LOUISIANA STATE PENITENTIARY
```

**ORDER**

Before the Court is petitioner Kendall Gordon's motion for a certificate of appealability in connection with this Court's judgment dismissing his petition for *habeas corpus*.[1] Gordon is currently serving a life sentence at the Louisiana State Penitentiary in Angola, Louisiana, after his conviction for second degree murder under Louisiana law.[2] On November 7, 2012, Gordon filed a petition for writ of *habeas corpus*, claiming that the evidence was insufficient to support his conviction.[3] Magistrate Judge Shushan, having determined that an evidentiary hearing was unnecessary, recommended that Gordon's petition for *habeas corpus* be denied and dismissed with prejudice.[4] This Court approved the Magistrate Judge's Report and Recommendation and adopted it as its opinion on June 17, 2013.[5] Gordon now requests

---

[1] R. Doc. 17.

[2] R. Doc. 14 at 1.

[3] R. Doc. 1-2.

[4] *Id.* at 26.

[5] R. Doc. 16; *Gordon v. Cain*, No. 12-2708, 2013 WL 3070858 (E.D. La. June 17, 2013).

this Court to issue a certificate of appealability.

A court may issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); Rules Governing Section 2254 Proceedings, Rule 11(a) (noting that 28 U.S.C. § 2253(c)(2) supplies the controlling standard). In *Miller-El v. Cockrell*, the Supreme Court held that the "controlling standard" for a certificate of appealability requires the petitioner to show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different matter or that the issues presented [are] 'adequate to deserve encouragement to proceed further.'" 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

The Court concludes that reasonable jurists could debate whether the state court's decision involved an unreasonable application of the clearly established standard governing sufficiency-of-the-evidence challenges set forth in *Jackson v. Virginia*, 443 U.S. 307 (1979). Accordingly, the Court GRANTS petitioner's request for a certificate of appealability.

New Orleans, Louisiana, this 7th day of November, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE